# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Paden Duane Streitz, | ) | Case No. 1:17-cr-083 |
| Defendant. | ) | |

The court has been advised that defendant has retained attorney Kevin Chapman. Accordingly, the court authorizes defendant's court-appointed counsel, Challis Dern Williams, to withdraw. Attorney Kevin Chapman shall be substituted as defense counsel of record.

**IT IS SO ORDERED.**

Dated this 25th day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court